**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **WANDA ANDERSON** | **CASE NO. 2:25-CV-01539** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **WAL-MART LOUISIANA L L C** | **MAGISTRATE JUDGE LEBLANC** |

# JUDGMENT

For the reasons stated in the accompanying Memorandum Ruling, the court hereby **ORDERS, ADJUDGES,** and **DECREES** that the Motion for Summary Judgment [doc. 14] be **DENIED**.

**THUS DONE AND SIGNED** in Chambers on the 10th day of November, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**